**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **26 Cr. 0002 (RA)** |
| **-v.-** | : | |
| | : | |
| **TYSAAN ROBINSON,** | : | **ORDER** |
| | : | |
| **Defendant.** | : | |

---------------------------------------------------------------X

Upon the application of the defendant, Tysaan Robinson by and through his attorney Mark S. DeMarco, it is hereby:

**ORDERED**, that the Bureau of Prisons, Metropolitan Detention Center "MDC," accept the following clothing, and any additional substitute clothing items, for Tysaan Robinson, Register Number 90345-053, in advance of his trial scheduled to begin on August 17, 2026, and continue for approximately one week.

1. Three pairs of pants
2. Two suits
3. Three dress/ button-down shirts
4. Three undershirts
5. One belt
6. One pair dress shoes
7. Four pairs of socks
8. Three ties

**ORDERED**, that the MDC permit Mr. Robinson to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Robinson to Court wearing such clothing on August 17, 2026, and any date thereafter until his trial is concluded.

Dated: New York, New York
August 7, 2026

SO ORDERED:

Hon. Ronnie Abrams, USDJ