UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYSAAN ROBINSON,<br>a/k/a "Kream,"<br><br>Defendant. | 26-CR-2 (RA) |

RONNIE ABRAMS, United States District Judge:

Trial in this matter is scheduled to begin today, August 17, 2026. On August 14, 2026, the Government moved the Court to implement certain security measures designed to protect from disclosure the true identity of an undercover law enforcement officer expected to testify at trial. Dkt. 53. Specifically, the Government requests that the courtroom be partially closed to members of the public during this officer's testimony, though it (1) will make available the daily transcript of the undercover law enforcement officer's testimony, and (2) requests that the Court make a live audio feed of this testimony contemporaneously available in another courtroom. *Id.* at 4.

The public and press have a qualified First Amendment right to attend criminal trials. *See United States v. Alcantara*, 396 F.3d 189, 194 (2d Cir. 2005). In order to close a proceeding to which such a right of access attaches, the Court must provide notice to the public, so as to ensure a meaningful opportunity for comment from persons other than the litigants. *Id.* at 199; *see In re The Herald Co.*, 734 F.2d 93, 102–03 (2d Cir. 1984). Accordingly, before deciding this motion, the Court wishes to afford members of the public and the press an opportunity to comment on and/or object to the Government's proposed order. The Court will entertain any such comments

or objections at a public hearing tomorrow, August 18, 2026 at 9:30 a.m. in Courtroom 1506 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: August 17, 2026
New York, New York

Ronnie Abrams
United States District Judge