# Inner City Press

August 17-18, 2026

Via Email to Chambers

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re: United States v. Tysaan Robinson, S5 26 Cr. 2 (RA) — Opposition to Government's 11th Hour Motion for Partial Courtroom Closure

Dear Judge Abrams:

Inner City Press and I respectfully submit this letter regarding the Government's August 14, 2026 motion for partial courtroom closure during the undercover officer's testimony, filed four days before trial and set for argument tomorrow/this morning.

First, the Government's late sealing request must be noted, in context. Earlier this year in US v. Conyers, 23-cr-457 (Clarke), the Office made its request to seal the courtroom in their motions in limine on January 10 - more than two weeks before the start of trial.

Even when Judge Clarke ordered the Office to make available transcripts (and by implication the exhibits shown to the witness in the sealed courtroom), this did not happen. In fact, Inner City Press was asked why it wanted the exhibits and what it would with them. It obtained them only after the trial was over. That cannot be allowed to happen here - hence this letter.

Inner City Press does not dispute that officer safety can constitute an overriding interest under Waller v. Georgia, 467 U.S. 39 (1984), and does not ask the Court to deny the Government's motion outright. The Government's own filing, however, proposes specific safeguards — a daily transcript "available to the public through the court reporter's office," a live audio feed to another courtroom.

Inner City Press asks that the Court make these safeguards binding conditions of any closure order, in light of what occurred in US v. Conyers.

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Chinatown Station, Box 130222, New York, NY 10013

In Conyers, after the jury returned a guilty verdict, Judge Clarke ordered the Government to provide a status update on that promised production by February 20, 2026. Rather than wait for that date, the Government wrote in after 5:00 p.m. on the day the verdict was entered, reversing course entirely: it stated no exhibits would be provided, and separately chided Inner City Press for reporting on proceedings that had occurred in open court.

The back-and-forth ended with a February 28, 2026 submission, Dkt. 209, that "this entire process shows why judges in this District should closely monitor the Office's requests to seal courtrooms going forward, and put specific time frames on the Office making available the exhibits they denied the public and press access to."

If the Court grants any part of the Government's sealing motion, the transcripts must be available without cost, the same day, on the Office's USAfx website - same with the exhibits.

Inner City Press also requests clarity, built into any order the Court enters, on precisely when the courtroom will be closed and reopened during trial — a recurring practical difficulty in cases involving partial closure. In Conyers, the docket itself had to specify, hour by hour, when the courtroom was sealed and unsealed, and when the audio feed to the overflow room was live. Inner City Press respectfully requests that any order here likewise specify in advance, to the extent practicable, the anticipated timing of the UC's testimony and the duration of closure, so that members of the press and public are not left guessing whether a given session is open to attend. Ideally, given these issues, a listen-only audio line would be provided for the sealed session - this is hereby requested.

Inner City Press appreciates the Court's consideration of these requests and asks that they be docketed (PDF attached) and ruled on before any sealing occurs.

Respectfully submitted,

/s/ Matthew Russell Lee
Inner City Press
SDNY Press Room 480, 500 Pearl Street NYC NY
Mail to: PO Box 130222, Chinatown Station, New York, NY 10013
matthew.lee@innercitypress.com | 718-716-3540

cc: jane.chong@usdoj.gov, msdlaw@aol.com