UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TYSAAN ROBINSON,

Defendant.

No. S5 26-CR-0002-01 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

After a four-day trial, a jury found Defendant guilty of Count One of the S5 Superseding Indictment (conspiracy involved a plan to distribute or possess with intent to distribute 500 or more grams of mixtures and substances containing methamphetamine) and found the prior felony information was proven as to Count One.

The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

- Court Exhibit 1: *Voir Dire* Questionnaire
- Court Exhibit 2: Draft Jury Charge
- Court Exhibit 3: Jury Charge
- Court Exhibit 4: Draft Supplemental Jury Charge
- Court Exhibit 5: Final Supplemental Jury Charge
- Court Exhibit 6: Jury Note
- Court Exhibit 7: Verdict Sheet
- Court Exhibit 8: Jury Note
- Court Exhibit 9: Jury Note

- Court Exhibit 10: Supplemental Verdict Sheet

SO ORDERED.

Dated: August 21, 2026
New York, New York

Ronnie Abrams
United States District Judge