# Inner City Press

August 26-27, 2026

Via ECF

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re: United States v. Tysaan Robinson, S5 26-CR-2 (RA) — Separate Order on Sealing Never Submitted, after 11th Hour Sealing Request, now re US v Conyers

Dear Judge Abrams:

Inner City Press respectfully submits this letter in response to the Government's letter filed shortly before midnight on August 26 in this docket.

At the Court's public hearing on the Government's eleventh-hour request to seal the courtroom in this case, the Government stated it would file a separate order memorializing the provisions it agreed to after Inner City Press's opposition — including posting transcripts of the recorded calls played in the sealed courtroom, and the exhibits shown during it. That order has not been filed.

Instead, tonight's letter renews an insinuation, made previously in United States v. Conyers and about United States v. Teague (VSB), that press reporting on criminal proceedings endangers law enforcement, or cooperators. That is why Inner City Press has declined to accept DOJ-supervised reporting arrangements in the courtroom, in Conyers and now in this case. Inner City Press will follow rules set by a judge. It will not accept rules set unilaterally by a party to the litigation, which is what the Government is here.

As to the Government's footnote regarding a press-pool seat and court reporter transcripts: Inner City Press did not use the offered press-pool seat because it came with the Government's implicit supervision of what reporting from that seat would involve, the same objection stated above. And the trial transcript, while technically available through the court reporter's office, was available only at a per-page fee that made timely, complete access to an undercover officer's testimony cost-prohibitive for daily reporting, precisely why Inner City Press has asked, in this case, that any transcript be made available to the press at no cost and on the day of

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Chinatown Station, Box 130222, New York, NY 10013

testimony, rather than treated as adequate simply because a paid option nominally existed.

Courts are supposed to be public. The power of the state is considerable. That simply trying to report on its exercise draws this kind of response is, respectfully, troubling.

Last night's letter does not address the separate order the Government committed to filing at the public hearing, and has not yet filed. Nor does it address why the Government's request to seal was made one business day before trial.

Inner City Press has separately become aware that the Office may seek similar sealing in an upcoming trial, though no public request has yet been made. Given that the timing of sealing requests was itself discussed at the public hearing, Inner City Press respectfully asks that the Court address the timeliness of any future such requests by this Office, and separately direct that the promised order regarding exhibits and transcripts be filed, subject to comment, and entered on the docket.

Respectfully submitted,

/s/

Matthew Russell Lee
Inner City Press
SDNY Press Room 480, 500 Pearl Street NYC NY
Mail to: PO Box 130222, Chinatown Station, New York, NY 10013
matthew.lee@innercitypress.com | 718-716-3540

cc: All counsel by ECF