UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TYSAAN ROBINSON,
a/k/a "Kream,"

Defendant.

26-CR-2 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 18, 2026, following a public hearing, the Court permitted an undercover agent (the "UC") to testify under a pseudonym and partially sealed the courtroom during his testimony. It did so after consideration of the relevant factors set forth in in *Waller v. Georgia*, 467 U.S. 39, 43 (1984) and its progeny, and after ensuring public access by way of a live audio feed of the testimony. It also temporarily sealed audio recordings of the UC admitted as exhibits and played during his testimony (the "Recordings") due to the "risk to the safety of the [UC]" from making his voice public. Aug. 18, 2026 H'rg Tr. at 52:10–18. In an order issued later on August 18, 2026, the Court stated, among other things, that "the UC's safety and life would be in grave danger" were his identity to become public, and the "Government's interest in protecting the UC's safety" thus warranted partial closure. Dkt. 56 (Aug. 18, 2026 Ct. Order) at 1.

The Government now moves, with Defendant's consent, to permanently seal the Recordings. Dkt. 62 (Sept. 3, 2026 Gov't Mot.). The Court finds that, because of the same safety concerns that animated the Court's decision to partially close the courtroom during the UC's testimony, the Government's application for the permanent sealing of the Recordings should be granted. Sealing the Recordings is no broader than necessary to protect the UC's safety because, in accordance with the Court's direction during the August 18 hearing, Aug. 18, 2026 H'rg Tr. at

52:13–15, shortly after the UC's testimony, the Government made a transcript of the Recordings available to the public.[1] Therefore, it is hereby ordered that the Recordings will be permanently sealed.

SO ORDERED.

Dated: September 9, 2026
New York, New York

Ronnie Abrams
United States District Judge

[1] To the extent the transcripts of the Recordings have not already been made available to the public free of cost, the Government shall do so as soon as practicable.