UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TYSAAN ROBINSON,

Defendant.

26-CR-2 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Mr. Robinson's motion for a judgment of acquittal pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure. *See* Dkt. 67. The Government is directed to respond by October 26, 2026.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Ronnie Abrams
United States District Judge